UNITED STATES of America,
Plaintiff–Appellee

v.

Ralph Howard MADDOX,
Defendant–Appellant.

No. 10–11227
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

June 21, 2011.

Susan Cowger, Assistant U.S. Attorney, U.S. Attorney's Office, Allas, TX, for Plaintiff–Appellee.

Jason Douglas Hawkins, Federal Public Defender, Federal Public Defender's Of-

---

fice, Dallas, TX, David E. Sloan, Federal Public Defender's Office, Lubbock, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and STEWART and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Ralph Howard Maddox presents arguments that he concedes are foreclosed by *United States v. Whaley,* 577 F.3d 254 (5th Cir.2009), in which this court rejected constitutional challenges to the Sex Offender Registration and Notification Act. *See also United States v. Heth,* 596 F.3d 255, 258–60 (5th Cir.2010).

The Government's motion for summary affirmance is GRANTED, its alternative motion for an extension of time is DENIED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.